Nicole France Stanton (020452)
Nicole.stanton@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
Telephone 602.229.5200

Paul D. Clement (*pro hac vice*)
Viet D. Dinh (*pro hac vice*)
H. Christopher Bartolomucci (*pro hac vice*)
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
paul.clement@kirkland.com
viet.dinh@kirkland.com
cbartolomucci@kirkland.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Summit Law School, LLC, a Delaware corporation; and InfiLaw Corporation, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>American Bar Association, an Illinois corporation; Council of the Section of Legal Education and Admissions to the Bar, American Bar Association; and Accreditation Committee of the Section of Legal Education and Admissions to the Bar, American Bar Association,<br><br>Defendants. | NO. 2:18-cv-01580-PHX-DGC<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STAY** |

Plaintiffs Arizona Summit Law School, LLC ("Arizona Summit") and InfiLaw Corporation hereby respond to Defendants' motion to stay the case pending the conclusion of Arizona Summit's appeal to the Appeals Panel of the American Bar Association ("ABA"), which appeal will conclude no later than October 2018. *See* Docs. 17.  Plaintiffs do not oppose this proposed stay.

1  Plaintiffs filed their Complaint on May 24, 2018. *See* Doc. 1. In this action, Plaintiffs challenge recent accreditation decisions made by the ABA concerning Arizona Summit as violating the Due Process Clause of the Fifth Amendment, federal common law due process, the Higher Education Act, and U.S. Department of Education regulations.

On June 8, 2018, after the Complaint was filed, the ABA Council of the Section of Legal Education and Admission to the Bar made a decision to withdraw Arizona Summit's accreditation. Arizona Summit appealed that decision to an ABA Appeals Panel. The withdrawal of accreditation is stayed pending that appeal. *See* Doc. 17 at 7.

Arizona Summit intends to seek leave to amend its Complaint in this case after the appeal to the Appeals Panel has concluded. The ABA has represented that the appeal "will be resolved no later than October 2018 pursuant to ABA Rules." *Id*. at 1.

Plaintiffs are not opposed to a short stay pending the conclusion of Arizona Summit's appeal to the ABA Appeals Panel. Thus, Plaintiffs do not oppose the entry of Defendants' proposed order. *See* Doc. 17-2.

RESPECTFULLY SUBMITTED this 10th day of August, 2018.

KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC  20005

By  */s/ H. Christopher Bartolomucci*
　　H. Christopher Bartolomucci
　　Paul D. Clement
　　Viet D. Dinh

Attorneys for Plaintiffs

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

By  */s/ Nicole France Stanton*
　　Nicole France Stanton

Attorneys for Plaintiffs

QB\53547525.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                 */s/ Maria Marotta*

-3-

QB\53547525.1