John J. Bouma (#001358)
Patricia Lee Refo (#017032)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jbouma@swlaw.com
prefo@swlaw.com

Anne E. Rea* (SBN 6188384)
area@sidley.com
Tacy F. Flint* (SBN 6284806)
tflint@sidley.com
Joseph R. Dosch* (SBN 6303209)
jdosch@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853- 7143
*Admitted Pro Hac Vice

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Summit Law School, LLC, a Delaware corporation; and InfiLaw Corporation, a Delaware corporation, | No. 2:18-CV-01580-PHX-DGC |
| Plaintiffs, | |
| v. | **JOINT STATUS UPDATE** |
| American Bar Association, an Illinois corporation; Council of the Section of Legal Education and Admissions to the Bar, American Bar Association; and Accreditation Committee of the Section of Legal Education and Admissions to the Bar, American Bar Association, | |
| Defendants. | |

On August 13, 2018, the Court stayed proceedings in this case pending the conclusion of Arizona Summit Law School, LLC and InfiLaw Corporation (collectively, "Arizona Summit" or the "School")'s appeal to the American Bar Association's Appeals Panel. (Dkt. 24.) The Court directed the parties to provide a status report on the appeal if no decision had been made by October 26, 2018. (*Id.*)

No decision has been made on the School's appeal. The Appeals Panel hearing was scheduled for September 25, 2018. At the School's request, the hearing was continued. It is now set for November 6, 2018. After that hearing, the Appeals Panel is directed by the Rules of Procedure to provide a written decision within 30 days. (Dkt. 17, Ex. 1 at 72 (Rule 41(a).) The Appeals Panel must therefore issue a final decision no later than December 6, 2018.

The parties agree that continuing the stay of this litigation for this short period in order to permit the completion of the pending appeal proceedings will serve judicial economy and the best interests of the parties. The parties therefore respectfully request that the Court continue the stay until the Appeals Panel issues a final decision. The parties will promptly notify the Court of the Appeals Panel's decision.

DATED this 26th day of October, 2018.

| KIRKLAND & ELLIS LLP | SNELL & WILMER LLP |
|---|---|
| By: *s/ H. Christopher Bartolomucci*<br>H. Christopher Bartolomucci*<br>Paul D. Clement*<br>Viet D. Dinh*<br>*Admitted Pro Hac Vice<br>655 15th Street, NW<br>Washington, DC 20005<br>Telephone: (202) 879-5000 | By: *s/ Patricia Lee Refo*<br>John J. Bouma (SBN 001358)<br>jbouma@swlaw.com<br>Patricia Lee Refo (SBN 017032)<br>prefo@swlaw.com<br>One Arizona Center<br>400 East Van Buren, Suite 1900<br>Phoenix, AZ 85004<br>Telephone: (602) 382-6000 |
| QUARLES & BRADY LLP | SIDLEY AUSTIN LLP |
| Nicole France Stanton<br>Renaissance One Two North Central Avenue Phoenix, AZ 85004-2391<br>Telephone: (602) 229-5200<br><br>*Attorneys for Plaintiffs* | Anne E. Rea* (SBN 6188384)<br>area@sidley.com<br>Tacy F. Flint* (SBN 6284806)<br>tflint@sidley.com<br>Steven J. Horowitz* (SBN 6307861)<br>shorowitz@sidley.com<br>*Admitted Pro Hac Vice<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7143<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nicole France Stanton
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Nicole.Stanton@quarles.com

Paul D. Clement
Viet D. Dinh
H. Christopher Bartolomucci
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
Paul.clement@kirkland.com
Viet.dinh@kirkland.com
cbartolomucci@kirkland.com

Attorneys for Plaintiffs


*s/ Kimberly J. Hayes*

4835-4582-2585