John J. Bouma (#001358)
Patricia Lee Refo (#017032)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jbouma@swlaw.com
prefo@swlaw.com

Anne E. Rea* (SBN 6188384)
area@sidley.com
Tacy F. Flint* (SBN 6284806)
tflint@sidley.com
Joseph R. Dosch* (SBN 6303209)
jdosch@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853- 7143
*Admitted Pro Hac Vice

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Summit Law School, LLC, a Delaware corporation; and InfiLaw Corporation, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>American Bar Association, an Illinois corporation; Council of the Section of Legal Education and Admissions to the Bar, American Bar Association; and Accreditation Committee of the Section of Legal Education and Admissions to the Bar, American Bar Association,<br><br>Defendants. | No. 2:18-CV-01580-PHX-DGC<br><br>**JOINT STATUS UPDATE AND REQUEST FOR STATUS CONFERENCE** |

4851-0218-0730.1

On August 13, 2018, the Court stayed proceedings in this case pending the conclusion of the appeal by Arizona Summit Law School, LLC (the "School") to the American Bar Association's Appeals Panel. (Dkt. 24.) The Court directed the parties to provide a status report on the appeal if no decision had been made by October 26, 2018. (*Id.*) The parties notified the Court on that date that no decision had been reached, and that a decision was expected no later than December 6, 2018. (Dkt. 26.) The parties requested that the Court continue the stay until the Appeals Panel issued a decision. (*Id.*) The Court continued the stay of the litigation until December 14, 2018. (Dkt. 27.)

On November 2, 2018, the School withdrew its appeal to the Appeals Panel. The appeal is therefore no longer pending, and the Appeals Panel will not issue a decision.

The parties therefore respectfully request that the Court hold a telephonic status conference with the parties to discuss an orderly process for the litigation going forward. (Lead counsel for Plaintiffs is not available on November 16, 2018.)

Defendants request that the stay remain in place pending the status conference; Plaintiffs' position is that there is no longer any basis for the stay.

4851-0218-0730.1

DATED this 12th day of November, 2018.

| KIRKLAND & ELLIS LLP | SNELL & WILMER LLP |
|---|---|
| By: */s/ H. Christopher Bartolomucci*<br>H. Christopher Bartolomucci*<br>Paul D. Clement*<br>*Admitted Pro Hac Vice*<br>655 15th Street, NW<br>Washington, DC 20005<br>Telephone: (202) 879-5000 | By: */s/ Patricia Lee Refo*<br>John J. Bouma (SBN 001358)<br>jbouma@swlaw.com<br>Patricia Lee Refo (SBN 017032)<br>prefo@swlaw.com<br>One Arizona Center<br>400 East Van Buren, Suite 1900<br>Phoenix, AZ 85004<br>Telephone: (602) 382-6000 |
| QUARLES & BRADY LLP | |
| Nicole France Stanton<br>Renaissance One Two North Central<br>Avenue Phoenix, AZ 85004-2391<br>Telephone: (602) 229-5200 | SIDLEY AUSTIN LLP<br>Anne E. Rea* (SBN 6188384)<br>area@sidley.com<br>Tacy F. Flint* (SBN 6284806)<br>tflint@sidley.com<br>Steven J. Horowitz* (SBN 6307861)<br>shorowitz@sidley.com<br>*Admitted Pro Hac Vice*<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7143 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

- 2 -

4851-0218-0730.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nicole France Stanton
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Nicole.Stanton@quarles.com

Paul D. Clement
H. Christopher Bartolomucci
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
Paul.clement@kirkland.com
cbartolomucci@kirkland.com

Attorneys for Plaintiffs


*s/Gail Lass*

4851-0218-0730.1